UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONROY CLAYTON,

              Plaintiff,

- against -

UNITED STATES OF AMERICA,

              Defendant.

16cv4967 (JGK)
10cr772 (JGK)

**ORDER**

---

JOHN G. KOELTL, District Judge:

The reply to the Government's opposition letter (No. 16-cv-4967, Dkt. No. 12) is due on **January 10, 2020**.

SO ORDERED.

Dated:    New York, New York
            December 23, 2019

                                     John G. Koeltl
                                **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/23/19